UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 08-01782
                                                CHAPTER 13
JAMES R BECHTEL
JO BECHTEL                                      JUDGE JACQUELINE P COX

         DEBTORS                                **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN
files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed
below has been paid in full.

**Name of Creditor:**  <u>UNITED CREDIT UNION</u>

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 7 | 61692 30 | $10,849.22 | $10,849.22 | $10,849.22 |
| Total Amount Paid by Trustee | | | | | $10,849.22 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors
have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 08-01782

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 26th day of February, 2013.

Debtor:
JAMES R BECHTEL
JO BECHTEL
831 S RACINE
CHICAGO, IL 60607

Attorney:
BURNS & WINCEK LTD
53 W JACKSON # 909
CHICAGO, IL  60604
via Clerk's ECF noticing procedures

Creditor:
UNITED CREDIT UNION
4444 S PULASKI RD
CHICAGO, IL  60632

Mortgage Creditor:
UNITED CREDIT UNION
% DONALD NEWMAN & ASSOC~
11 S LASALLE #1500
CHICAGO, IL  60603

ELECTRONIC SERVICE - United States Trustee

Date:  February 26, 2013

/s/ TOM VAUGHN

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603